RECEIVED IN
The Court of Appeals
Sixth District

APR 0 2 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

APR 0 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

6-15- 00056- CR

NO. 5629-C

| | | |
|---|---|---|
| BILLY MAX COLLINS | § | IN COUNTY COURT |
| Pro-se | § | |
| | § | |
| V. | § | 8TH JUDICAL DISTRICT |
| | § | |
| | § | |
| THE STATE OF TEXAS | § | HOPKINS COUNTY, TEXAS |

COLLINS'S NOTICE OF APPEAL

T.R.A.P. 25.2(d) AND PURSUANT TO

VERNONS ANN. STATUTE OF TEXAS ON 11.09'S

Defendant Pro-se, Billy Max Collins, files this Notice of Appeals; on Issue of Voidable Conviction 5629-C. Notice is filed within 30 days of Order Denying Relief in this 11.09 Habeaus Corpus. Requested relief denied on March 20th, 2015. Robert Newsome presiding as Hopkins County Judge; ex District Judge in related cases.

Respectfully submitted,

Billy Max Collins, #1884849

Signature: _Billy Max Collins_

CT Terrell Unit, A3-38
1300 FM 655
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I, Billy Max Collins, do hereby certify that on this 30th day of March, 2015 a copy of the aforementioned Notice of Appeal was sent bu U.S. Postal Mail to County Attorney via Prison mail drop box.

Billy Max Collins, # 1884849
CT Terrell Unit, A3-38
1300 FM 655
Rosharon, TX 77583

CAUSE # 5629-C

FILED FOR RECORD
HOPKINS COUNTY, TEXAS

2015 MAR 20  P 1:49

Billy Max Collins                                    §        IN THE COUNTY COURT SHIRLEY
                                                     §                 COUNTY CLERK
        V.                                           §
                                                     §        BY_____DEPUTY
The State of Texas                                   §        HOPKINS COUNTY, TEXAS

ORDER

Now comes Robert Newsom, County Judge of Hopkins County, and after reviewing the pleadings of Applicant, papers of the case, and the law; finds as follows:

The Court denies Applicant's Motion to Void Conviction.

Signed this 20th day of March, 2015

_____
Judge Presiding
Hopkins County Judge

_____2—12_____, 2015

County Clerk, Debbie Shirley
Courthouse Annex
128 Jefferson St., Ste. C
Sulpher Springs, TX 75482


        Re: Request of documents in 5629C
            1) Judgement Sheet
            2) Dockett Sheet; any alleged waivers allegedly signed
               by Defendant, Billy Max Collins
            3) Also asking for Breath and/or Blood Test Documentat-
               ion which alleged to show a 0.10 (BAC)Blood Alcohol
               Content.
            4) Probable Cause Affidavit, and
            5) Arrest Report.
            Needed for Pro se filing of 11.05-11.09 Habeaus corpus.


        Dear Ms. Shirley,

        I need to readdress recent request for documentation of
Cause 5629C, before the Honorable Judge Pogue, March 16, 1990.

        Ms. Smith was very prompt and effecient on the first request,
which I received. But, added information is needed.

        Along with same information being sent a second time, I'm
requesting, if possible, two copies of each document as follows:
            1)Judgement Sheet
            2)Dockett Sheet
            3)Alleged Waivers
            4)Probable Cause Affidavit
            5) Test Results from Blood or breath test to alleged 0.10
               (BAC). If this test was completed documents should
               Appear in the Record.

                            -1-

6) Arrest Report.

Please advise on the cost of these issues so I can forward funds to pay for, and please expidite as soon as is convient, if enclosed amount is not enough.

Respectfully submitted,

*Billy Max Collins*

Billy Max Collins 1884849

Terrell Unit
1300 FM 655
Rosharon, TX 77583

Note: Last account was $18.00 for Certified Copies. Please make copies as is and send to me. I have enclosed $30.00 which should cover cost. If not, please send (1) set and let me know additional cost for additional copies requested.

5629-C

## AMENDMENT TO REQUEST
### Additional Information

FILED FOR RECORD
HOPKINS COUNTY, TEXAS
2015 MAR -2 P 3: 44
DEBBIE SHIRLEY
COUNTY CLERK
BY_____DEPUTY

This is an Amendment to request additional information, in relation to enclosed copy of Affidavit sent to Judge Brown, not being filed as requested, no Return Receipt having been received on this. I am enclosing another "copy" of Affidavit and hereby request information to the first filing. First Filing sent on or about September 8th, 2014.

It has been well over 30 days since this Affidavit of Facts Exhibit A was sent to Judge Brown to be filed. Judge Brown should have rendered this filing to Clerk of Court and to Prosecutor Dusty Hyde Rabe, County Attorney.

*Billy Max Collins*

Billy Max Collins 1884849

CT Terrell Unit
1300 FM 655
Rosharon, TX 77583

NotE* No counter affadavit
having been Received within
30 days of First Filing sent
To Judge Brown, on 9-8-14
Please Return enclosed copy with
FileSTamp per 9-8-14 Request